1  BONNETT, FAIRBOURN,
      FRIEDMAN & BALINT, P.C.
2  ANDREW S. FRIEDMAN (Pro Hac Vice)
   ELAINE A. RYAN (Pro Hac Vice)
3  PATRICIA N. SYVERSON (CA 203111; AZ 020191)
   2901 N. Central Avenue, Suite 1000
4  Phoenix, AZ 85012-3311
   Telephone:   (602) 274-1100
5  Facsimile:   (602) 798-5860

6  BONNETT, FAIRBOURN,
      FRIEDMAN & BALINT, P.C.
7  TONNA K. FARRAR (CA 237605)
   TODD D. CARPENTER (CA 234464)
8  600 West Broadway, Suite 900
   San Diego, CA 92101
9  Telephone:   (619) 756-6978
   Facsimile:   (602) 798-5860
10
   LAW OFFICE OF MICHELLE D. MITCHELL
11 Michelle D. Mitchell, Esq. (CA 221841)
   2550 Fifth Avenue, Ninth Floor
12 San Diego, California 92103
   Telephone:   (619) 684-1547
13 Fax:         (619) 798-5896

14 *Attorneys for Plaintiff Mark Aldrich*

15                    UNITED STATES DISTRICT COURT

16               FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 | MARK ALDRICH, on behalf of himself and     | Case No. 09-cv-03937-SC
   | all others similarly situated,
18 |
   |                          Plaintiff,
19 |      v.                                     | **STIPULATION TO TRANSFER VENUE**
20 | VERIFIED IDENTITY PASS, INC., a
   | Delaware Corporation,
21 |
   |                          Defendant.
22

WHEREAS, Plaintiff Mark Aldrich ("Aldrich") commenced this putative class action against Defendant Verified Identity Pass, Inc. ("VIP") on or about August 26, 2009; and

WHEREAS, this putative class action could have been brought by Plaintiff in the United States District Court for the Southern District of New York ("S.D.N.Y."), and that the S.D.N.Y. has jurisdiction over this action; and

WHEREAS, Defendant's headquarters, and most of defendant's witnesses are located within or near the S.D.N.Y.; and

WHEREAS, ten (10) similar putative class actions (the "Related Cases") have been filed against VIP, and all are currently pending in the S.D.N.Y.; and

WHEREAS, an action formerly pending in the United States District Court for the Northern District of Georgia (*Hall, et al. v. Verified Identity Pass, Inc.*, N.D. Ga. 09-cv-1862) has been ordered transferred to the S.D.N.Y. upon the motion of VIP; and

WHEREAS, at least four motions and cross-motions have been filed to consolidate the Related Cases pending against VIP in the S.D.N.Y. pursuant to Fed. R. Civ. P. 42(a) (the "Consolidation Motions").

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in the above-captioned action, that for the convenience of parties and witnesses, and in the interests of justice, this matter should be transferred pursuant to 28 U.S.C. § 1404(a) to the S.D.N.Y.

Execution of this Stipulation may be effectuated by facsimile or e-mail.

///

///

///

```
 1  DATED: September 23, 2009              DATED: September 24, 2009

 2  HANIFY & KING, P.C.                    BONNETT, FAIRBOURN, FRIEDMAN
                                            & BALINT, P.C.
 3
    _____            _____
 4  Jim Marcellino                         Andrew S. Friedman
 5  One Beacon Street, 21st Floor          Elaine A. Ryan
    Boston, MA 02108                       Patricia N. Syverson
 6  Tel. (617) 423-0400                    2901 N. Central Avenue, Suite 1000
    Fax (617) 423-0498                     Phoenix, AZ 85012
 7                                         Tel. (602)274-1100
 8  Paul R. Niehaus                        Fax (602) 798-5860
    Of Counsel to the Firm
 9  1359 Broadway, Suite 2001
    New York, NY 10019
10  Tel. (212) 631-0223                    BONNETT, FAIRBOURN, FRIEDMAN
    Fax (212) 624-0223                      & BALINT, P.C.
11  Attorneys for Defendant                Tonna K. Farrar
12  Verified Identity Pass, Inc.           Todd D. Carpenter
                                           600 W. Broadway, Suite 900
13                                         San Diego, CA 92101
                                           Tel. (619) 756-6978
14                                         Fax (602) 798-5860
15
                                           LAW OFFICE OF MICHELLE D.
16                                         MITCHELL
                                           Michelle D. Mitchell
17                                         2550 Fifth Avenue, Ninth Floor
                                           San Diego, CA 92103
18                                         Tel. (619) 684-1547
19                                         Attorneys for Plaintiff and Proposed Class

20
    THE FOREGOING STIPULATION
21  IS APPROVED AND IS SO ORDERED.
22
                                           IT IS SO ORDERED
23  DATED: September 24, 2009              _____
                                           United States District Judge
24                                         Judge Samuel Conti
```

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on  9/24/09 , I electronically filed the foregoing with the |
| 3 | Clerk of the Court using the CM/ECF system which will send notification of such filing to |
| 4 | |
| 5 | the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I |
| 6 | have mailed the foregoing document or paper via the United States Postal Service to the non- |
| 7 | CM/ECF participants indicated on the Manual Notice list. |
| 8 | I certify under penalty of perjury under the laws of the United States America that the |
| 9 | foregoing is true and correct. Executed on  9/24/09 . |
| 10 | |
| 11 | By: *Pamela A. Johnson* |
| 12 | |

CERTIFICATE OF SERVICE
- 1 -